## NIVENS v. STATE.
### No. 25064.

Court of Criminal Appeals of Texas.
Oct. 18, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction was for burglary, punishment assessed at two years in the penitentiary.

Appellant now files his personal affidavit advising this court that he does not further desire to prosecute his appeal, and upon his request the appeal is dismissed.

## CLEMONS v. STATE.
### No. 24975.

Court of Criminal Appeals of Texas.
Oct. 18, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction was for murder and the punishment assessed at death.

An appeal was perfected to this court. Proper showing is made to this court that pending appeal and while appellant was confined in the County Jail of Hill County at Hillsboro, Texas, he committed suicide by hanging himself, and upon such showing the appeal is abated.